UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIANA L. SCHULTE,<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 4:07-CV-04566 |
| TEXAS AMERICAN TITLE<br>INSURANCE COMPANY, STEWART<br>TITLE INSURANCE COMPANY, AND<br>EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ | |

### ORDER

Before the Court are Plaintiff's Motion for Emergency Injunction Relief to Return to Work (Doc. No. 2) and Plaintiff's Motion for Amendment to Emergency Injunction Relief to Return to Work (Doc. No. 4), both of which ask the Court to issue an order that would reinstate Plaintiff in one of her previous jobs or otherwise ensure her immediate employment. Because the Court lacks jurisdiction to grant such relief, both motions are **DENIED**.

Plaintiff's Motion for Moving Up Date to Excel Motion Docket Date (Doc. No. 5), which requests an expedited hearing on these two motions, is **DENIED AS MOOT**.

Finally, for the reasons provided on the record during the hearing held January 7, 2008, Plaintiff's Motion for Appointment of Counsel is **DENIED**.

**IT IS SO ORDERED.**
**SIGNED** this 29th day of January, 2008.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT