UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

FEB 28 2008

Michael N. Milby, Clerk

Diana L. Schulte
Plaintiff(s)
Civil Action Number: 4:07-CV-04566

vs.

Stewart Title Insurance Company and
Texas American Title Insurance Company
Defendant(s)


MOTION FOR CLAIRIFICATION ON THE DEFENDANTS IN THIS LAWSUIT

Now comes , Plaintiff pro se, and requests the Court to: At no time has the Equal Employment Opportunity Commission been named in this lawsuit. The E.E.O.C. was called in its capacity to explain why it has not issued a court order to put me back to work or to provide an attorney as set out in The National Bureau of Affairs, Inc. " Fair Employment Practices"  BNA Policy and Practice Series. I requested Ron Wideman to appear because he has a working knowledge with this file. I was told to have anyone I wanted to appear to support my position appear.

Date: February 25, 2008

Plaintiff: Diana L. Schulte
Address:    P.O. Box 363
            Houston, Texas  77001
Telephone Number: 404-274-6816